**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

10 DEC -9 PM 4:02

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HUMBERTO PRADO-SEGURA,<br><br>　　　　　　　Defendant. | CASE NO. 10CR1582-LAB<br><br>BY:　　　　　　　　DEPUTY<br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

___ 　the Court has granted the motion of the Government for dismissal; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

_X_ 　the jury has returned its verdict, finding the defendant not guilty;

___ 　of the offense(s) of the Indictment/Information:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/01/2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LARRY ALAN BURNS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE